131 A.3d 480

Michael C. DUFFEY, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD
(TROLA–DYNE, INC.), Respondents.

Supreme Court of Pennsylvania.

Feb. 3, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of February, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Commonwealth Court err in concluding that an Impairment Rating Evaluation (IRE), which is designed to rate the percentage of disability two years out from a work injury, was valid where the IRE only considered the injuries listed on the notice of compensation payable issued at the time of injury, and did not consider additional injuries that subsequently arose and were known at the time of the IRE but not yet formally added to the description of injury?

Justice EAKIN did not participate in the consideration or decision of this matter.